
ORIGINAL

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Southern__ District of __New York__

Sony/ATV Songs LLC, Sony/ATV Sounds LLC,
Sony/ATV Tunes LLC, Peer Int'l Corp., et al.

V.

MusicNet, Inc. d/b/a MediaNet Digital

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

08 CV 01487

TO: (Name and address of Defendant)

MusicNet, Inc. d/b/a MediaNet Digital
845 Third Avenue, 11th Floor
New York, New York 10022

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

James E. Hough
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, New York 10104

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                                    FEB 1 3 2008

CLERK                                                  DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 2/14/08 |
| NAME OF SERVER *(PRINT)* Jerome P. Smith | TITLE Asst. Docketer. Clerk |

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant. Place where served: Media Net Digital 845 3rd Ave. N.Y. N.Y. 10022

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify): Seth M. Goldstien of Counsel @accept service

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 2/14/08
Date

*Signature of Server*

1290 6th Ave NY. N.Y 10104
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.