UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------x

| | |
|---|---|
| SONY/ATV SONGS LLC, SONY/ATV SOUNDS LLC, SONY/ATV TUNES LLC, PEER INTERNATIONAL CORPORATION, SONGS OF PEER, LTD., PEERMUSIC III, LTD., MPL MUSIC PUBLISHING, INC., FRANK MUSIC CORPORATION, RYTVOC, INC., on behalf of themselves and all others similarly situated,<br><br>                      Plaintiffs,<br><br>      -against-<br><br>MUSICNET, INC. d/b/a MEDIANET DIGITAL,<br><br>                      Defendant. | 08 Civ. 01487 (JSR)<br><br>**NOTICE OF APPEARANCE** |

----------------------------------------------------------------------x

PLEASE TAKE NOTICE that Weil, Gotshal & Manges LLP hereby appears as counsel of record for Defendant MusicNet, Inc. in the above-captioned action and that all future correspondence and papers in connection with this action are to be directed to us at the address listed below.

Dated:   New York, New York
           March 6, 2008

                                              By:  /s/ Kenneth Steinthal
                                                      Kenneth Steinthal (KS-7897)
                                                        Todd Larson (TL-1125)
                                                       WEIL, GOTSHAL & MANGES LLP
                                                       767 Fifth Avenue
                                                       New York, New York 10153-0119
                                                       (212) 310-8000

                                                       Attorneys for Respondent