UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

| | |
|---|---|
| SONY/ATV SONGS LLC, SONY/ATV SOUNDS LLC, SONY/ATV TUNES LLC, PEER INTERNATIONAL CORPORATION, SONGS OF PEER, LTD., PEERMUSIC III, LTD., MPL MUSIC PUBLISHING, INC., FRANK MUSIC CORPORATION, RYTVOC, INC., on behalf of themselves and all others similarly situated,<br><br>                       Plaintiffs,<br><br>          -against-<br><br>MUSICNET, INC. d/b/a MEDIANET DIGITAL,<br><br>                       Defendant. | 08 Civ. 01487 (JSR)<br><br>**DEFENDANT MUSICNET, INC.'S DISCLOSURE STATEMENT UNDER FEDERAL RULE OF CIVIL PROCEDURE 7.1** |

------------------------------------------------------------------------x

       Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel of record for MusicNet, Inc. hereby certify that MusicNet, Inc. is fully owned by MusicNet Holdings LLC, which is in turn jointly owned by Baker Communications Fund II, L.P., Baker Communications Fund II (QP), L.P., and MusicNet Management LLC. No publicly held corporation owns 10% or more of the stock of any of these entities.

Dated:   New York, New York
            March 6, 2008

                                                By:   /s/ Kenneth Steinthal
                                                        Kenneth Steinthal (KS-7897)
                                                        Todd Larson (TL-1125)
                                                        WEIL, GOTSHAL & MANGES LLP
                                                       767 Fifth Avenue
                                                       New York, New York 10153-0119
                                                       (212) 310-8000

                                                        Attorneys for Respondent