UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------ x

SONY/ATV SONGS LLC, SONY/ATV SOUNDS LLC, SONY/ATV TUNES LLC, PEER INTERNATIONAL CORPORATION, SONGS OF PEER, LTD., PEERMUSIC III, LTD., MPL MUSIC PUBLISHING, INC., FRANK MUSIC CORPORATION, RYTVOC, INC., on behalf of themselves and all others similarly situated,

                              Plaintiffs,

          -against-

MUSICNET, INC. d/b/a MEDIANET DIGITAL,

                              Defendant.

------------------------------------------------------------------------ x

CIVIL CASE MANAGEMENT PLAN
(JUDGE RAKOFF)

**08 Civ. 1487 (JSR)**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-7-08
```

**This Court requires this case shall be ready for trial on** ~~AUGUST 6, 2008~~. **SEPT. 12,**

After consultation with counsel for the parties, the following Case Management Plan is adopted. This plan is also a scheduling order pursuant to Rules 16 and 26(f) of the Federal Rules of Civil Procedure.

A.    The case **is** to be tried to a jury.

B.    Joinder of additional parties must be accomplished by **April 11, 2008**.

C.    Amended pleadings may be filed without leave of Court until **April 11, 2008.**

D.    Discovery (in addition to the disclosures required by Fed. R. Civ. P. 26(a)):

        1.    Documents. First request for production of documents, if any, must be served by **April 11, 2008**. Further document requests may be served as required, but no document request may be served later than 30 days prior to the date of the close of discovery as set forth in item 6 below.

        2.    Interrogatories. Interrogatories pursuant to Rule 33.3(a) of the Local Civil Rules of the Southern District of New York must be served by **April 11, 2008**.[1] No other interrogatories are permitted except upon prior express permission of Judge Rakoff. No Rule 33.3(a) interrogatories need be served with respect to disclosures automatically required by Fed. R. Civ. P. 26(a).

---

[1] With the exception of Authentication Interrogatories, which may be served until **June 14, 2008** and responded to by **June 25, 2008**.

*[handwritten: June 16, 2008]*

3. <u>Experts</u>. Every party-proponent of a claim (including any counterclaim, cross-claim, or third-party claim) that intends to offer expert testimony in respect of such claim must make the disclosures required by Fed. R. Civ. P. 26(a)(2) by ~~May 15, 2008.~~ *[handwritten: June 30, 2008]* Every party-opponent of such claim that intends to offer expert testimony in opposition to such claim must make the disclosures required by Fed. R. Civ. P. 26(a)(2) by ~~May 29, 2008.~~ No expert testimony (whether designated a "rebuttal" or otherwise) will be permitted by other experts or beyond the scope of the opinions covered by the aforesaid disclosures except upon prior express permission of the Court, application for which must be made no later than 10 days after the date specified in the immediately preceding sentence. All experts may be deposed, but <u>such depositions must occur within the time limit for all depositions set forth below</u>.

4. <u>Depositions</u>. All depositions (<u>including any expert depositions, see item 3 above</u>) must be completed by ~~June 25, 2008.~~ *[handwritten: July 31, 2008]* Unless counsel agree otherwise or the Court so orders, depositions shall not commence until all parties have completed the initial disclosures required by Fed. R. Civ. P. 26(a)(1) or until four weeks from the date of this Order, whichever is earlier. Depositions shall proceed concurrently, with no party having priority, and no deposition shall extend beyond one business day without prior leave of the Court.

5. <u>Requests to Admit</u>. Requests to Admit, if any, must be served by ~~June 1, 2008.~~ *[handwritten: June 30, 2008]*

6. All discovery is to be completed by ~~June 15,~~ *[handwritten: July 31,]* 2008. Interim deadlines for items 1-5 above may be extended by the parties on consent without application to the Court, provided the parties are <u>certain</u> they can still meet the discovery completion date set forth in this paragraph, which shall not be adjourned except upon a showing to the Court of extraordinary circumstances.

E. Post-discovery summary judgment motions in the form prescribed by the Court's Individual Rules of Practice may be brought on without further consultation with the Court provided that a Notice of any such motion, in the form specified in the Court's Individual Rules of Practice, is filed <u>no later than one week following the close-of-discovery date (item D-6 above)</u> and provided that the moving papers are served ~~within three weeks of the date of the Notice of Motion,~~ *[handwritten: by 8/14]* answering papers are served ~~within three weeks of the date of the service of the Motion,~~ *[handwritten: by 8/28]* and reply papers are served **by** ~~the date one week later~~ *[handwritten: 9/5]*. Each party must file its respective papers with the Clerk of the Court on the same date that such papers are served. Additionally, on the same date that reply papers are served and filed, counsel for the parties must arrange to deliver a courtesy non-electronic hard copy of the complete set of papers to the Courthouse for delivery to Chambers.

F. A final pre-trial conference, as well as oral argument on any post-discovery summary judgment motions, shall be held on *[handwritten: 9/12/08 at 10 a.m.]*, at which time the Court shall set a firm trial date. The timing and other requirements for the Joint Pretrial Order and/or other pre-trial submissions shall be governed by the Court's Individual Rules of Practice.

G. All motions and applications shall be governed by Judge Rakoff's Individual Rules of Practice. Counsel shall promptly familiarize themselves with all of the Court's Individual Rules, as well as with the Local Rules for the United States District Court for the Southern District of New York.

---

[2] Any written reports from such experts must be served by **May 22, 2008**.
[3] Any written reports from such experts must be served by **June 5, 2008**.
[4] Responses to Requests to Admit must be served by **June 25, 2008**.

*[footnotes struck through by hand]*

SO ORDERED.

_____
JED S. RAKOFF
U.S.D.J.

DATED: New York, New York
       3/8/08