RAKOFF, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------

SONY/ATV SONGS LLC, SONY/ATV SOUNDS
LLC, SONY/ATV TUNES LLC, PEER
INTERNATIONAL CORPORATION, SONGS OF
PEER, LTD., PEERMUSIC III, LTD., MPL MUSIC
PUBLISHING, INC., FRANK MUSIC
CORPORATION, RYTVOC, INC., on behalf of
themselves and all others similarly situated,

                         Plaintiffs,

              -against-

MUSICNET, INC. d/b/a MEDIANET DIGITAL,

                         Defendant.

---------------------------------------------------------------

08-cv-01487 (JSR)

**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO THE COMPLAINT**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys in the above-captioned action, that:

1. The time for MusicNet, Inc. to file its Answer is now extended from April 4, 2008, to April 7, 2008;

2. No other dates, including the dates set forth in the Civil Case Management Plan entered on March 8, 2008, will be affected by this stipulation.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-7-08

NYI:\550841\01\X8MX01!.DOC\64576.0006

Dated: New York, New York
April 4, 2008

MORRISON & FOERSTER LLP

_____
James E. Hough
Amy L. Beckman
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900

*Attorneys for Plaintiffs*

Dated: New York, New York
April 4, 2008

WEIL, GOTSHAL & MANGES LLP

_____
Kenneth L. Steinthal
Todd D. Larson
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

*Attorneys for Defendant*

SO ORDERED:

Date: April 9, 2008

_____
Honorable Jed S. Rakoff
United States District Judge