Rakoff, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------x
SONY/ATV SONGS LLC, SONY/ATV SOUNDS
LLC, SONY/ATV TUNES LLC, PEER
INTERNATIONAL CORPORATION, SONGS OF
PEER, LTD., PEERMUSIC III, LTD., MPL MUSIC
PUBLISHING, INC., FRANK MUSIC
CORPORATION, RYTVOC, INC., on behalf of
themselves and all others similarly situated,

        Plaintiffs,

-against-

MUSICNET, INC. d/b/a MEDIANET DIGITAL,

        Defendant.
------------------------------------------------------x

08 Civ. 01487 (JSR)

**STIPULATION OF DISMISSAL**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-27-08

IT IS HEREBY STIPULATED AND AGREED, by and between the plaintiffs Sony/ATV Songs LLC, Sony/ATV Sounds LLC, Sony/ATV Tunes LLC, Peer International Corporation, Songs of Peer, Ltd., peermusic III, Ltd., MPL Music Publishing, Inc., Frank Music Corporation and RYTVOC, Inc. (collectively, "Plaintiffs") and MusicNet, Inc. d/b/a/ MediaNet Digital ("Defendant"), that the above-captioned action is dismissed and discontinued without

prejudice, as to the named Defendant, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Dated: May __, 2008
New York, New York

MORRISON & FOERSTER LLP

By: _____
James E. Hough
Amy L. Beckman
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
JHough@mofo.com

*Attorneys for Plaintiffs*

Dated: May __, 2008
New York, New York

WEIL, GOTSHAL & MANGES LLP

By: _____
Kenneth L. Steinthal
Todd D. Larson
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Kenneth.Steinthal@weil.com

*Attorneys for Defendant*

SO ORDERED.

_____
U.S.D.J.
5-27-08